**Order entered June 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00519-CV

**ESTER WILLIAMS, A HOLEE BAIL BONDS, Appellant**

**V.**

**JOANN SEMPLE, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-06177-C**

## ORDER

Before the Court is appellant's June 10, 2019 written verification that the clerk's fee has been paid. Accordingly, we **ORDER** Dallas County Clerk John F. Warren to file the clerk's record no later than June 17, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/     BILL WHITEHILL
JUSTICE